UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ERIC DOYLE, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>BE HURD, INC., et al.,<br><br>Defendants. | )<br>)<br>)   3:20-CV-00138-DCLC-HBG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Final Approval of Settlement Agreement ("Motion for Final Approval") [Doc. 22]. The Court held a Final Fairness Hearing on January 11, 2021, in which the Court carefully considered Plaintiff's Motion for Final Approval. Plaintiff's Motion for Final Approval is well-taken and **GRANTED**. Accordingly, it is hereby **ORDERED**:

1. The Agreement is granted final approval, the Agreement's terms are fair, reasonable, and adequate, and the Parties shall consummate its terms and provisions;

2. The Settlement Class is finally certified as a collective action pursuant to Section 216(b) of the FLSA;

3. Defendants have complied with all their obligations pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA") with respect to this class action settlement;

4. The Net Settlement Fund, as defined in the Agreement, shall be distributed to the Settlement Class Members;

5. The actual costs of the Settlement Claims Administrator are approved in the amount of $14,720.68;

6. All Settlement Class Members (other than those who filed timely and valid Exclusion Letters) are permanently enjoined from prosecuting against Defendants and the Released Parties any and all of the Settlement Class Members' Released Claims;

7. The Class Representative is permanently enjoined from prosecuting against Defendants and the Released Parties any and all of the Class Representative's Released Claims; and

8. This case is **DISMISSED with prejudice** in accordance with the terms of the Agreement.

SO ORDERED:

_____
United States District Judge